**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Guillermo Olmos Munoz v. The State of Texas

Appellate case number:   01-13-00810-CR

Trial court case number: 13CR0151

Trial court:             122nd District Court of Galveston County

The Court directs the Galveston County District Clerk to supplement the record filed in the above-referenced appeal with the following omitted exhibits, which the trial court admitted into the evidence at trial and appellant designated for inclusion in the appellate record:

1. State's Exhibit No. 1 (CD–911 call)
2. State's Exhibit No. 2 (CD–Store surveillance)

*See* TEX. R. APP P. 34.6(b)(1), 35.3.

The exhibits must be filed in this Court **no later than 10 days from the date of this order**.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
          ☑ Acting individually     ☐ Acting for the Court

Date: November 7, 2014